2004–2112 and 2008–0772.  Cuyahoga Cty. Bar Assn. v. Freedman.
On respondent's amended application for reinstatement. Steven Alan Freedman, Attorney Registration No. 0025528, last known address in Mayfield Heights, Ohio, reinstated to the practice of law.

2016–1333.  Disciplinary Counsel v. Brumbaugh.
On certification of default. Jeffrey Shane Brumbaugh, Attorney Registration No. 0074102, last known business address in Troy, Ohio, indefinitely suspended from the practice of law.

2017–0460.  Lake Cty. Bar Assn. Unauthorized Practice of Law Commt. v. Pavlish.
On relator's motion to show cause. Motion granted. Respondent found in contempt.

*May 26, 2017*

2017-Ohio-3002.]

2017–0428.  MNH Truck Leasing Co., L.L.C. v. Dir., Ohio Dept. of Job & Family Servs.
Franklin App. Nos. 16AP–301, 16AP–302, and 16AP–303, 2017-Ohio-442. On appellant's motion to consolidate cases and motion for mediation. Motions denied.

2017–0436.  In re Complaint of Harris Design Servs. v. Columbia Gas of Ohio, Inc.
Public Utilities Commission, No. 15–405–GA–CSS. On motion of Columbia Gas of Ohio, Inc., for leave to intervene as appellee. Motion granted.

*May 30, 2017*

2017-Ohio-4024.]

2017–0169.  Brinker v. Frontier N., Inc.
Summit App. No. 27962, 2016-Ohio-8279. On appellee's motion to strike notice of appeal and memorandum in support of jurisdiction. Motion denied. Appellee may file a memorandum in response within 30 days.

2017–0559.  State ex rel. Cobb v. Adult Parole Auth.
Franklin App. No. 16AP–199, 2017-Ohio-1170. On appellant's application for dismissal. Application granted. Cause dismissed.